# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Valerie Moore, | Case No. 2:25-cv-01223-CDS-NJK |
| Petitioner | **Order Appointing Counsel and Setting Briefing Schedule** |
| v. | |
| William Reubart, et al., | [ECF No. 9] |
| Respondents | |

On July 7, 2025, petitioner Valerie Moore filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. I instructed Moore to show cause why her petition should not be dismissed with prejudice as time barred. ECF No. 3. In response, Moore moved for the appointment of counsel and for an extension of time to respond to the order to show cause. ECF Nos. 4, 5. I granted both motions and provisionally appointed the Federal Public Defender to represent Moore. ECF No. 6. The Federal Public Defender filed a notice of appearance on August 28, 2025. ECF No. 9.

It is therefore ordered that the Federal Public Defender, through Kimberly Sandberg, Esq., is appointed as counsel for Moore pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent Moore in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

It is further ordered that Moore has up to and including October 29, 2025, to file her counseled response to the order to show cause and/or seek other appropriate relief.[1] Respondents must file a response thereto within 30 days, and Moore may then file a reply within 15 days.

---

[1] Neither the foregoing deadline nor any extension given in this action signifies or will signify any implied finding as to the expiration of the federal limitations period and/or of a basis for tolling during the time period established. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

It is further ordered that any state court record and related exhibits filed herein by either Moore or respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number or numbers of the exhibits in the attachment. If the exhibits filed will span more than one ECF Number in the record, the first document under each successive ECF Number must be either another copy of the index, a volume cover page, or some other document serving as a filler, so that each exhibit under the ECF Number thereafter will be listed under an attachment number (i.e., Attachment 1, 2, etc.).

It is further ordered that courtesy copies of exhibits shall <u>not</u> be provided.

Dated: August 28, 2025

_____
Cristina D. Silva
United States District Judge