UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Valerie Moore,<br><br>              Petitioner<br><br>v.<br><br>William Reubart, et al.,<br><br>              Respondents | Case No. 2:25-cv-01223-CDS-NJK<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 11] |

Petitioner Valerie Moore has filed an unopposed motion for a 90-day extension of time to file her response to the order to show cause. ECF No. 11. This is Moore's first request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time **[ECF No. 11] is granted**. Moore has up to and including January 27, 2026, to file her response.

Dated: October 30, 2025

_____
Cristina D. Silva
United States District Judge