UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Valerie Moore, | Case No. 2:25-cv-01223-CDS-NJK |
| Petitioner | **Order Granting Motion for Extension of Time** |
| v. | |
| William Reubart, et al., | [ECF No. 13] |
| Respondents | |

Petitioner Valerie Moore has filed an unopposed motion for a 90-day extension of time to file her response to the Order to Show Cause. ECF No. 13. This is Moore's second request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time **[ECF No. 13] is granted**. Moore has up to and including April 27, 2026, to file her response.

Dated:  January 27, 2026

_____
Cristina D. Silva
United States District Judge