UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Valerie Moore,

                   Petitioner

v.

William Reubart, et al.,

                   Respondents

Case No. 2:25-cv-01223-CDS-NJK

**Order Granting Petitioner's Motion for Extension of Time**

[ECF No. 15]

Petitioner Valerie Moore has filed an unopposed motion for a 91-day extension of time to file her response to the order to show cause. ECF No. 15. This is Moore's third request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time **[ECF No. 15] is granted**. Moore has up to and including July 27, 2026, to file her response.

Dated: May 4, 2026

_____
Cristina D. Silva
United States District Judge