UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Valerie Moore,

                Petitioner

v.

William Reubart,

                Respondent

Case No. 2:25-cv-01223-CDS-NJK

**Order Denying Respondent's
Motion for Extension of Time**

[ECF No. 20]

Following an initial review of petitioner Valerie Moore's federal habeas petition, I appointed counsel to represent her and entered an order to show cause, instructing her to explain why her federal habeas petition should not be dismissed as untimely. ECF Nos. 3, 6, 10. On June 2, 2026, Moore filed a motion for leave to conduct discovery, explaining that she needs to conduct discovery in order to respond to the order to show cause. ECF No. 18. Respondent has now moved to vacate his deadline to file his opposition to the motion to conduct discovery until after Moore responds to the order to show cause. ECF No. 20. Respondent's request is illogical. The motion to conduct discovery must be decided before the timeliness issue can be decided, so the motion to extend time is denied.

It is therefore ordered that the motion for extension of time **[ECF No. 20] is denied.**

It is further ordered that the respondent's response to the motion for leave to conduct discovery must be filed on or before July 8, 2026.

It is further ordered that Moore's deadline to respond to the order to show cause is vacated. A new deadline will be set following a ruling on the motion for leave to conduct discovery.

      Dated: June 29, 2026

Cristina D. Silva
United States District Judge