**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Valerie Moore,

Petitioner

v.

William Reubart,

Respondent

Case No. 2:25-cv-01223-CDS-NJK

**Order**

On August 11, 2026, I granted Petitioner Valerie Moore's motion to pursue discovery and instructed her to file a status report within 45 days. ECF No. 28. Moore timely complied, filing a status report on September 28, 2026. ECF No. 29. In her status report, Moore explains that she served her subpoenas but is still awaiting responses. *Id.*

It is therefore ordered that Moore file another status report on or before November 20, 2026.

Dated: September 29, 2026

Cristina D. Silva
United States District Judge